# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Joseph M. Willis, | ) | |
|       Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV 11-081-JHP |
| | ) | |
| Anita Trammell, Warden, | ) | |
|       Respondent. | ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Delaware** County, Oklahoma, which is located within the territorial jurisdiction of the **NORTHERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **NORTHERN** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 8th day of March 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma